IN THE UNITED STATES DISCTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| APRIL NAIL,                                             ) | |
| JORDIN BALLARD, ) | |
| RICHARD BOYETT, ) | |
| MARK HOPPER, ) | |
|     Plaintiff, ) | |
| ) | |
| Vs. ) | Civil Action Number: 1:17-CV-195 |
| ) | |
| ROBERT SHIPP, ) | |
| REGINA SHIPP, ) | |
| SPORTSMAN FISHER HOUSE, ) | |
| LLC ) | |
| d/b/a SHIPP'S HARBOUR GRILL ) | |
| ) | |
|     Defendants ) | |

**Plaintiffs' Report Regarding Settlement**

Plaintiffs' counsel reports that parties have not reached a settlement. Plaintiffs' counsel contacted Defense counsel in an effort to comply with the Court's order requiring a joint filing by counsel. (Doc. 9 ¶5). The August 18, 2017, phone conference between counsel ended when Mr. Cassady declared each party should file their own report. Plaintiffs' counsel sent an e-mail requesting to file a joint report. (Exhibit 1). Defense counsel maintained that separate filings were appropriate.

Plaintiffs' counsel conferred in good faith with Defense Counsel, but the parties were unable to agree on the contents of a joint filing.

Plaintiffs propose that the Court grant Plaintiffs' Motion For Expedited Notice To Prospective Class Members (Doc. 11) immediately because Defendants failed to respond as required by this Court's order. (Docs. 13, 26). If the Court does not grant notice immediately

then Plaintiffs propose that discovery commence so that parties can obtain information related to the merits of the case.

DATED: <u>August 18, 2017</u>

Respectfully submitted,

<u>*/s/ Daniel E. Arciniegas*</u>
Daniel E. Arciniegas (ASB 7809-D67A)
Charles P. Yezbak, III*
**YEZBAK LAW OFFICES**
2002 Richard Jones Road, Suite B-200
Nashville, TN 37215
Telephone: 615-250-2000
Fax: 615-250-2020
dea@yezbaklaw.com
yezbak@yezbaklaw.com

Abby M. Richardson (RICHA3209)
**RICHARDSON LAW FIRM, LLC**
118 North Royal Street, Suite 100
Mobile, Alabama 36602
Telephone: 251.338.1695
Facsimile: 251.338.1698
abby@richardsonlawllc.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2017, a true and correct copy of the above and foregoing document, *Plaintiffs' Report Regarding Settlement* has been properly served via the Court's ECF system, which sent electronic notice to the following counsel of record:

>Max Cassady
>Cassady & Cassady, PC
>14 South Section Street,
>Fairhope, Alabama 36532
>Telephone: 251.928.9558
>Facsimile: 888.304.7262
>maxcassady@southalabamalawyers.com
>
>*Counsel for Defendants*

***/s/ Daniel E. Arciniegas***
Daniel E. Arciniegas
