IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| APRIL R. NAIL, *et al.*,<br>      Plaintiffs, | )<br>)<br>) |
| v. | )   CIVIL ACTION: 17-00195-KD-B<br>) |
| ROBERT M. SHIPP, *et al.*,<br>      Defendants. | )<br>)<br>) |

# VERDICT

## Tip-Credit Notice Requirements

1. Did Defendants properly inform Plaintiffs that they were entitled to receive a wage of at least $2.13 plus tips that at least equaled $7.25?

    **Answer Yes or No.**  Yes

2. Did Defendants prove that only tipped employees were included in their mandatory tip pool?

    **Answer Yes or No.**  Yes

1

## Expense Shifting

3. For each category of expenses below answer YES if you find that Defendants shifted the expense to Plaintiffs. If you answer YES, you must also determine the frequency at which Plaintiffs incurred any of those categories of business expenses:

    a. Aprons. (Court has answered): **Yes**     **Frequency** yearly

    b. Uniform Shirts:     **Yes**     **Frequency** quarterly

    c. Laundry expense: **Yes or No** No     **Frequency** _____

    d. Pens: **Answer Yes or No** No     **Frequency** _____

    e. Lighters: **Answer Yes or No** No     **Frequency** _____

    f. Wine Key: **Answer Yes or No** Yes     **Frequency** yearly

## Work Hours and Overtime Pay

Plaintiffs have the burden of proving that they worked hours for which they were not compensated or that they worked overtime for which they were not properly compensated.

4. Did Defendants have a pattern or practice of improperly eliminating hours that Plaintiffs worked from their time records before paying Plaintiffs?

    **Answer Yes or No.** _Yes_ (If YES, then continue to question 5. If NO, then go to question 6.)

5. In the attached chart, delineate the proven damages, if any, for each plaintiff.

6. Did Defendants have a pattern or practice of paying overtime for hours over 80 in a work period instead of computing overtime for hours worked over 40 in a workweek?

    **Answer Yes or No.** _Yes_ (If YES, then continue to question 7. If NO, then skip to question 8.)

7. In the attached chart, delineate the proven damages, if any, for each plaintiff.

8. Did Plaintiffs prove that they worked hours not compensated for which they were studying Defendants' menu?

    **YES or NO** No

9. Did Plaintiffs prove they should be compensated for time spent laundering uniforms?

    **YES or NO** No

### Dual jobs or Excessive Non-Tip Generating Duties

10. Did Plaintiffs perform unrelated work? **Yes or No** No (If Yes, answer question 11, if No continue to question 12)

11. On average, how much time a day did Plaintiffs spend on unrelated work? _____

12. Did Plaintiffs spend an unreasonable amount of time performing related but non-tipping producing duties? **Yes or No** No (If Yes, answer question 13, is No continue to question 14)

13. On average, how much time a day did Plaintiffs spend on excessive duties? _____

## Willfulness

14. Did Plaintiffs prove that Defendants knew or showed reckless disregard for whether the FLSA prohibited their conduct?

   **Yes or No** _Yes_

   If yes, sign and date this form. If no, then answer question #15.

## Good Faith

15. Did Defendants prove they acted in good faith?

   **Yes or No** _____

Please sign and date this Verdict Form.

**SO SAY WE ALL,**


_Dec 10, 2019_
**DATE**                                          **FOREPERSON**


**FILED IN OPEN COURT THIS THE**

_10th_ **DAY OF DECEMBER 2019.**

**BY:** _King Wood_
**DEPUTY CLERK**

## Question #5

| Plaintiff Name | Minimum Wage Owed |
|---|---|
| Joshua Ainsworth | $ 59.22 |
| Roy Anderson | $ 0.00 |
| Jordin Ballard | $ 36.59 |
| Rebecca Bethe | $ 0.00 |
| Joseph Bowden | $ 9.59 |
| Richard Boyette | $ 121.94 |
| Katie Bringle | $ 96.57 |
| Jeremiah Brown | $ 0.00 |
| Jason Brown | $ 111.32 |
| Timothy Bullard | $ 74.84 |
| Arial Bunch | $ 0.00 |
| Christina Carnley | $ 105.44 |
| Nathan Cooper | $ 0.00 |
| Mary Davis | $ 0.00 |
| Makenzie Deines | $ 24.03 |
| Derek Denley | $ 0.00 |
| Damien Driggers | $ 0.00 |
| Gretchen Duke | $ 92.44 |
| Julia Dunbar | $ 148.71 |
| Amy East | $ 0.00 |
| Dustin Edwards | $ 0.00 |
| Parker Eskridge | $ 0.00 |
| Lyndie Fishel-Rush | $ 0.00 |
| Brett Franklin | $ 213.20 |
| James Franks | $ 14.91 |
| Lindsey Frisk | $ 0.00 |
| Rochelle Geoffrey | $ 0.00 |
| Brittany George | $ 130.67 |
| Marina Gilley | $ 0.00 |
| Letitia Goley | $ 37.38 |
| Maria Guilford | $ 0.00 |
| Miranda Hall | $ 0.00 |
| Stephanie Harris | $ 0.00 |
| Stephen Hinton | $ 106.67 |
| Mark L. Hopper | $ 0.00 |
| Kristen Horn | $ 0.00 |

| Name | Amount |
|---|---|
| Brandie Howell | $ 0.00 |
| Stacy Humphrey | $ 0.00 |
| James Johnson | $ 0.00 |
| Dakota Jones | $ 267.77 |
| Wanda Jones | $ 0.00 |
| Angela Kent | $ 169.43 |
| Mary Kincaid | $ 246.84 |
| Bradley Kinsey | $ 0.00 |
| Joshua Klein | $ 31.58 |
| Jennifer Lawrence | $ 117.38 |
| Andrew Levin | $ 27.76 |
| Elizabeth Lillard | $ 81.45 |
| Lloyd Magruder | $ 85.86 |
| Deborah Martel | $ 662.69 |
| Kim McClarren | $ 298.44 |
| Joseph Mickles | $ 231.72 |
| Brea Milan | $ 73.41 |
| Anna Miller | $ 18.64 |
| Rhonda Mink | $ 256.61 |
| Michelle Mirabelli | $ 186.80 |
| Oddean Morgan | $ 392.09 |
| April R. Nail | $ 185.10 |
| Christian Nies | $ 0.00 |
| Don Norris | $ 100.95 |
| Rebeka Norwood | $ 69.48 |
| Jessica Ouzts | $ 206.15 |
| Tony Palmer | $ 0.00 |
| Jerald Park | $ 170.11 |
| Gary Parsons | $ 169.85 |
| Stephanie Pierce | $ 293.47 |
| Ashley Rouse-Pinto | $ 227.74 |
| Tierra Ruffin | $ 56.14 |
| Danielle Sandel | $ 31.14 |
| Madisen Sheppard | $ 68.04 |
| Amanda Simmons | $ 17.53 |
| Caleb Skelton | $ 932.42 |
| Mike Strickland | $ 117.89 |
| Stanley Toomer | $ 0.00 |
| Rebecca Whitehurst | $ 88.24 |

| Brian Woerner | $ 0.00 |
| David Woodson | $ 20.81 |

| Brian Woerner | $ 0.00 |
| David Woodson | $ 20.81 |

**Question #7**

| Plaintiff Name | Overtime Wage Owed |
|---|---|
| Joshua Ainsworth | $ 124.30 |
| Roy Anderson | $ 0.00 |
| Jordin Ballard | $ 76.61 |
| Rebecca Bethe | $ 2.76 |
| Joseph Bowden | $ 500.26 |
| Richard Boyette | $ 1,961.16 |
| Katie Bringle | $ 250.96 |
| Jeremiah Brown | $ 105.18 |
| Jason Brown | $ 171.65 |
| Timothy Bullard | $ 23.62 |
| Arial Bunch | $ 47.06 |
| Christina Carnley | $ 493.92 |
| Nathan Cooper | $ 113.03 |
| Mary Davis | $ 0.00 |
| Makenzie Deines | $ 0.00 |
| Derek Denley | $ 93.89 |
| Damien Driggers | $ 271.25 |
| Gretchen Duke | $ 64.05 |
| Julia Dunbar | $ 25.23 |
| Amy East | $ 291.98 |
| Dustin Edwards | $ 271.05 |
| Parker Eskridge | $ 0.00 |
| Lyndie Fishel-Rush | $ 0.00 |
| Brett Franklin | $ 0.00 |
| James Franks | $ 287.54 |
| Lindsey Frisk | $ 0.00 |
| Rochelle Geoffrey | $ 2.85 |
| Brittany George | $ 9.04 |
| Marina Gilley | $ 28.26 |
| Letitia Goley | $ 6.62 |
| Maria Guilford | $ 73.37 |
| Miranda Hall | $ 13.93 |
| Stephanie Harris | $ 113.78 |
| Stephen Hinton | $ 376.53 |
| Mark L. Hopper | $ 1899.66 |
| Kristen Horn | $ 24.29 |

1

| Name | Amount |
|---|---|
| Brandie Howell | $40.25 |
| Stacy Humphrey | $109.11 |
| James Johnson | $108.54 |
| Dakota Jones | $3.63 |
| Wanda Jones | $2.22 |
| Angela Kent | $310.64 |
| Mary Kincaid | $274.35 |
| Bradley Kinsey | $0.00 |
| Joshua Klein | $48.38 |
| Jennifer Lawrence | $27.48 |
| Andrew Levin | $537.58 |
| Elizabeth Lillard | $2410.73 |
| Lloyd Magruder | $87.26 |
| Deborah Martel | $1324.80 |
| Kim McClarren | $156.21 |
| Joseph Mickles | $0.00 |
| Brea Milan | $265.71 |
| Anna Miller | $51.84 |
| Rhonda Mink | $64.22 |
| Michelle Mirabelli | $9.68 |
| Oddean Morgan | $222.16 |
| April R. Nail | $368.24 |
| Christian Nies | $14.69 |
| Don Norris | $93.20 |
| Rebeka Norwood | $28.80 |
| Jessica Ouzts | $43.89 |
| Tony Palmer | $170.86 |
| Jerald Park | $40.76 |
| Gary Parsons | $38.19 |
| Stephanie Pierce | $300.10 |
| Ashley Rouse-Pinto | $0.00 |
| Tierra Ruffin | $67.80 |
| Danielle Sandel | $285.70 |
| Madisen Sheppard | $94.06 |
| Amanda Simmons | $0.00 |
| Caleb Skelton | $1083.05 |
| Mike Strickland | $647.25 |
| Stanley Toomer | $0.00 |
| Rebecca Whitehurst | $199.58 |

2

JSA

| | |
|---|---|
| Brian Woerner | $ ~~51.09~~ 0.00 |
| David Woodson | $ 109.44 |