# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| APRIL R. NAIL, *et al.*,<br>    **Plaintiffs,** | )<br>)<br>) |
| v. | )    CIVIL ACTION: 17-00195-KD-B |
| ROBERT M. SHIPP, *et al.*,<br>    **Defendants.** | )<br>)<br>) |

## JUDGMENT

In accordance with the December 10, 2019 jury verdict (Docs. 198, 198-1), the parties' stipulations, and the Orders issued on this date, it is hereby **ORDERED, ADJUDGED** and **DECREED** that Final Judgment is entered in favor of Plaintiffs and against Defendants as follows:

1) A Jury verdict in the amount of **$24,651.28** for back wages ($7,287.05 in minimum wage damages and $17,364.23 in overtime wage damages) is awarded, and based on the parties' stipulation (Doc. 208), expense shifting damages are awarded in the amount of **$6,198.00** -- for a total award of **$30,849.28** against Defendants and in favor of Plaintiffs; and

3) Liquidated damages are awarded in the amount of **$30,849.28,** against Defendants and in favor of Plaintiffs; and

4) Attorneys' Fees are awarded in the amount of **$291,444.00,** against Defendants and in favor of Plaintiffs; and

5) Costs are awarded in the amount of **$7,050.00,** against Defendants and in favor of Plaintiffs.

**DONE** and **ORDERED** this the **3rd** day of **April 2020.**

        /s/ Kristi K. DuBose
        **KRISTI K. DuBOSE**
        **CHIEF UNITED STATES DISTRICT JUDGE**

1