# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# MOBILE DIVISION

| | |
|---|---|
| **APRIL NAIL, et al.,** | |
| Plaintiffs, | No. 1:17-cv-195-KD-B |
| v. | **Chief District Judge DuBose** |
| **ROBERT SHIPP, et al.,** | Jury Demand |
| Defendants. | |

## NOTICE OF SATISFACTION AND MOTION FOR CANCELLATION OF JUDGMENT

Plaintiffs in the above-captioned action obtained a judgment against Defendants Robert Shipp, Regina Shipp, and Sportsman Fish House, LLC following a jury verdict and an award of attorneys' fees and costs under the Fair Labor Standards Act of 1938. [Doc. 222.] The total amount due on the judgment was $360,192.56.

Plaintiffs hereby inform the Court that all monetary obligations for the judgment have been fully, finally, and completely paid by Defendants to the satisfaction of Plaintiffs, the judgment creditors.[1]  The Clerk of Court is hereby authorized and directed to mark the judgment on the docket of this case as "Satisfied and Canceled."

Date: January 26, 2021   Respectfully submitted,

/s/ *Charles P. Yezbak, III*
Charles P. Yezbak, III
YEZBAK LAW
P.O. Box 159033
Nashville, TN 37215
yezbak@yezbaklaw.com

---

[1] Counsel for Defendants is holding approximately $5200 in trust to be released to Plaintiffs' counsel upon entry of this satisfaction of judgment.

2

Daniel Eduardo Arciniegas
ARCINIEGAS LAW, PLLC
P.O. Box 682344
Franklin, TN 37068
daniel@attorneydaniel.com

Abby M. Richardson
RICHARDSON LAW FIRM, LLC
118 North Royal Street, Suite 100
Mobile, AL 36602
abby@richardsonlawllc.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

       I hereby certify that on January 26, 2021, I served via the Court's ECF system a true and correct copy of this document on the following counsel of record:

C. Randall Caldwell, Jr.
CALDWELL WENZEL & ASTHANA, PC
218 N. Alston Street
Foley, AL 36535
Tel.: (251) 948-2168
Fax: (251) 948-2938
rcaldwell@caldwellwenzel.com

*Counsel for Defendants*

Paul T. Beckmann (BECKP0493)
HAND ARENDALL HARRISON SALE LLC
Post Office Box 123
Mobile, Alabama 36601
Telephone: (251) 432-5511
Facsimile: (251) 694-6375
E-mail: pbeckmann@handfirm.com

*Attorney for Interpleaders*

                                                   /s/ *Charles P. Yezbak, III*
                                                   Charles P. Yezbak, III